### BROWN *v.* NORTON.

(*Supreme Court, General Term, First Department.* January 28, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied, with $10 costs.

---

### BERNHEIMER *et al.*, Respondents, *v.* KILPATRICK, Appellant.

(*Supreme Court, General Term, First Department.* March 29, 1889.)

Motion to dismiss for failure to prosecute appeal.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

*Kelly & McRae*, for appellant. *Francis C. Reed*, for respondents.

No opinion. Motion denied, upon payment by appellant of $10 costs and stipulating to argue appeal at next term of the court.

---

### CLAPP *v.* CLAPP.

### *In re* RAND, Appellant.

(*Supreme Court, General Term, First Department.* March 29, 1889.)

Motion for reargument. See 1 N. Y. Supp. 919.

Argued before BRADY and DANIELS, JJ.

*Charles P. Crosby*, for appellant. *Augustus C. Brown*, for respondents.

No opinion. Motion granted.

---

### DEAN *et al.*, Respondents, *v.* DRIGGS, Appellant.

(*Supreme Court, General Term, First Department.* March 29, 1889.)

Motion to dismiss for failure to prosecute appeal.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

*John Berry*, for appellant. *Blandy & Hatch*, for respondents.

No opinion. Motion denied, upon defendant's stipulating to argue appeal at next term of court and paying $10, costs of this motion.

---

### FURBER, Appellant, *v.* MCCARTHY, Respondent.

(*Supreme Court, General Term, First Department.* March 29, 1889.)

Motion to dismiss for failure to prosecute appeal.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

*H. Joseph*, for appellant. *E. P. Johnson*, for respondent.

No opinion. Motion denied, on appellants' paying $10, costs of motion, and stipulating to argue at next term of the court. See 4 N. Y. Supp. 274.